IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 1:12-CR-022-P (01) |
| | ) |
| JAMES MICHAEL DOUGLASS | ) |

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2012 OCT -4 PM 1:35

DEPUTY CLERK

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**JAMES MICHAEL DOUGLASS**, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea of guilty to the Indictment. After cautioning and examining **JAMES MICHAEL DOUGLASS** under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that **JAMES MICHAEL DOUGLASS** be adjudged guilty and have sentence imposed accordingly.

Date:

_____
E. SCOTT FROST
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).